IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINDA MAE PARIS, in her individual
capacity and as a personal representative of the
ESTATE OF DONNIE RAY BROWN,
deceased,

        Plaintiff,

        v.

CONMED HEALTHCARE MANAGEMENT,
INC., COOS COUNTY, et al.,

        Defendants.

Civ. No. 6:14-cv-01620-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (Dkt#. 183), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Plaintiff and Defendants filed objections to the Findings and Recommendation. (Dkt#'s 188, 189, 190). Accordingly, I reviewed the legal principles *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (Dkt# 183) is adopted in full.

IT IS SO ORDERED.

    DATED this 31st day of January, 2018.

                                               /s/ Michael J. McShane\_\_\_\_\_
                                                    Michael McShane
                                                 United States District Judge